**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **JESSICA POWELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 1:23-cv-00064** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **MODINE MANUFACTURING** | ) | **MAGISTRATE JUDGE HOLMES** |
| **COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pursuant to the Joint Stipulation of Dismissal filed by the parties (Doc. No. 18), this case is hereby **DISMISSED WITH PREJUDICE** under Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE